UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WANAMAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARIN COUNTY, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-04058-WHA   (SK)<br><br>**ORDER SETTING TELEPHONIC CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　　You are hereby notified that the Court will hold a telephonic conference to discuss future settlement proceedings on Monday, January 25, 2016 at 11:00 a.m.  Counsel shall set up the call and email the Court at skcrd@cand.uscourts.gov with the dial-in information by January 22, 2016.  If the parties are unable to participate in the telephonic scheduling conference on the date selected by the Court, the parties shall meet and confer and provide three mutually agreed upon dates and times at which they will be available.

　　　　**IT IS SO ORDERED.**

Dated: December 18, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge