CHARLES A. BONNER, ESQ.  SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF BONNER AND BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN WANAMAKER,<br><br>  Plaintiff,<br>  vs.<br><br>COUNTY OF MARIN, SHELLY NELSON, MICHAEL FROST, CRAIG TACKABERY, and DOES 1-20, inclusive,<br><br>  Defendants. | Case No: 15-4058 WHA<br><br>~~JOINT STIPULATION AND [PROPOSED]~~ ORDER RE: DISMISSAL WITH PREJUDICE |

   IT IS HEREBY STIPULATED by the parties to this action, through their designated counsel, that the above-captioned action be dismissed in its ~~entirely~~ entirety with prejudice pursuant to FRCP 41(a)(l), each party to bear their own fees and costs. The stipulation and order and the dismissal with prejudice shall not constitute or be deemed an admission of any kind by either party regarding the merits of this action.

//

~~JOINT STIPULATION AND [PROPOSED]~~ ORDER RE: DISMISSAL WITH PREJUDICE                    1
Case No: 15-4058 WHA

Dated: November 30, 2016.   COUNTY OF MARIN

By: */s/Stephen Raab*
STEPHEN RAAB
Attorney for Defendants

Dated: November 30, 2016.   LAW OFFICES OF BONNER & BONNER

By: */s/Charles A Bonner*
CHARLES A. BONNER
Attorney for Plaintiff

**IT IS SO ORDERED:**

Dated:   November 30, 2016.

_____
HON. WILLIAM ALSUP

~~JOINT STIPULATION AND [PROPOSED]~~ ORDER RE: DISMISSAL WITH PREJUDICE   **2**
Case No: 15-4058 WHA